| | |
|---|---|
| **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**<br>Todd M. Friedman, Esq. (SBN: 216752)<br>tfriedman@toddflaw.com<br>23586 Calabasas Rd., Suite 105<br>Calabasas, CA 91302<br>Telephone: (323) 306-4234<br>**[Other Counsel on Signature Page]**<br><br>*Counsel for Plaintiff* | **TROUTMAN AMIN, LLP**<br>Eric J. Troutman (State Bar # 229263)<br>Puja Amin (State Bar #299547)<br>Brittany A. Andres (State Bar # 340856)<br>400 Spectrum Center Drive, Suite 1550<br>Irvine, California 92618<br>Telephone: +1 949 350 3663<br>Facsimile: +1 949 203 8689<br>troutman@troutmanamin.com<br>amin@troutmanamin.com<br>brittany@troutmanamin.com<br><br>*Counsel for Defendant*<br>*Wayne M. Lopez d/b/a Varro Leon*<br><br>**PAGTER AND PERRY ISAACSON**<br>R. Gibson Pagter, Jr. (CA Bar No.: 116450)<br>1851 E. 1st Street, Suite 700,<br>Santa Ana, California 92705<br>Telephone: (714) 541-6072 x 221<br>Facsimile: (714) 541-6897<br>gibson@ppilawyers.com<br><br>*Counsel for Defendant Michael Hernandez* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER LACCINOLE, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAYNE M. LOPEZ et al.<br><br>　　　　Defendants. | Case Number: 3:24-cv-07764-VC<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff, Christopher Laccinole, and Defendants, Wayne M. Lopez d/b/a Varro Leon and Michael Hernandez, by and through their undersigned counsel, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby file this notice of dismissal for individual claims

STIPULATION OF DISMISSAL

against Defendants with prejudice with each party to bear its own attorney's fees and costs. The class claims are to be dismissed without prejudice.

Dated: December 19, 2025     /s/ Todd M. Friedman
                              Counsel for Plaintiff

Dated: December 19, 2025     /s/Brittany A. Andres
                              Counsel for Defendant Wayne M. Lopez d/b/a Varro Leon

Dated: December 19, 2025     /s/ R. Gibson Pagter, Jr.
                              Counsel for Defendant Michael Hernandez

STIPULATION OF DISMISSAL

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On December 19, 2025, I electronically filed with the Court through its CM/ECF program and served a true copy through the same program the following documents: **STIPULATION OF DISMISSAL WITH PREJUDICE** in said case as follows:

[x]   ELECTRONICALLY, Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

Place of Filing: 23586 Calabasas Rd., Suite 105, Calabasas, CA 91302

Executed on December 19, 2025, at Calabasas, CA

[x]   I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:   /s/ Todd M. Friedman
      Todd M. Friedman

STIPULATION OF DISMISSAL